IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, AND <br><br> REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, <br><br> PLAINTIFFS, <br><br> V. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION, AND <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> DEFENDANTS. | Case No. 1:20-cv-3202-GBD-JW |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

The motion to withdraw Dr. Curtis Doebbler as counsel of record on behalf of plaintiff, Refugee and Immigrant Center for Education and Legal Services and for Dr. Doebbler to be removed from the electronic notification service list for this matter, is GRANTED.

SO ORDERED on this   22   day of    March   , 2022.

*Jennifer E. Willis*
Honorable Jennifer E. Willis
United States Magistrate Judge