UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT, AND REFUGEE AND IMMIGRANT
CENTER FOR EDUCATION AND LEGAL
SERVICES,

                                Plaintiffs,                      **ORDER**

        -against-                                      20-CV-3202 (GBD) (JW)

UNITED STATES CUSTOMS AND BORDER
PROTECTION, AND UNITED STATES
DEPARTMENT OF STATE,

                                Defendants.

-------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The parties did not file their joint status report that was due on July 26, 2022. The parties shall file their joint status report in compliance with docket entry 32 by **August 4, 2022**.

      SO ORDERED.

Dated: July 29, 2022
       New York, New York

                                                       _____
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge