**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Stuart Drake
To Call Writer Directly:
+1 202 389 5094

Facsimile:
+1 202 389 5200

November 25, 2022

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *International Refugee Assistance Project and Refugee and Immigrant Center for Education and Legal Services v. United States Customs and Border Protection, and United States Department of State*, 20 Civ. 3202 (GBD) (JW)

Dear Judge Willis:

In accordance with the Court's August 9, 2020 Order, ECF No. 32, we write jointly on behalf of Plaintiffs International Refugee Assistance Project ("IRAP") and Refugee and Immigrant Center for Education and Legal Services and Defendants the United States Customs and Border Protection ("CBP") and the United States Department of State ("State Department") (collectively the "Parties") to update the Court on the status of the above-captioned matter.

Since the Parties reported to the Court on October 6, 2022, ECF No. 65, Defendants provide the following update regarding developments since the last status report:

In a November 16, 2022, letter, the State Department advised that it was continuing to process Plaintiffs' requests and had not at that time identified any additional responsive records. As the Parties advised in their August 30, 2021, letter, ECF No. 43, the documents being reviewed for the matter, *IRAP v. U.S. Department of State*, 20 Civ. 4728 (JPO), potentially overlap with the subject matter of the FOIA request at issue in this case, thus to the extent that any documents reviewed in connection with that case are also responsive in this matter, they will be produced. The State Department therefore plans to continue issuing responses in this case until its processing of *IRAP v. U.S. Department of State*, 20 Civ. 4728 (JPO), is complete.

The Parties will submit their next joint status report to the Court on or before January 24, 2023 in accordance with the Court's Order.

**KIRKLAND & ELLIS LLP**

Honorable Jennifer E. Willis
November 25, 2022
Page 2

                      Respectfully submitted,

                      KIRKLAND & ELLIS LLP
                      W. Neil Eggleston (Bar Code No. WE7674)
                      Stuart Drake (*admitted PHV*)
                       /s/ Stuart Drake
                      1301 Pennsylvania Avenue NW
                      Washington, D.C. 20004
                      (202) 389-5016 (Eggleston)
                      (202) 389-5094 (Drake)
                      neil.eggleston@kirkland.com
                      stuart.drake@kirkland.com

                      INTERNATIONAL REFUGEE ASSISTANCE PROJECT
                      Adam T. Bates (*admitted PHV*)
                      One Battery Park Plaza, 4th Floor
                      New York, NY 10004
                      (516) 701-4209
                      abates@refugeerights.org

                      REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES
                      Yvette Changuin (*admitted PHV*)
                      802 Kentucky Avenue
                      San Antonio, TX 78201-6123
                      (210) 526-0042
                      Yvette.changuin@raicestexas.org
                      *Attorneys for Plaintiffs*


                      DAMIAN WILLIAMS
                      United States Attorney

By:   /s/ Dominika Tarczynska (by SD w/permission)
                      DOMINIKA TARCZYNSKA
                      Assistant United States Attorney
                      Tel. (212) 637-2748
                      Fax (212) 637-2686
                      dominika.tarczynska@usdoj.gov
                      *Attorneys for Defendant*